## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MEDTRONIC, INC. and MEDTRONIC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AMANDA ERNST and NEVRO CORP., <br><br> Defendants. | Civil No. 16-244 (JRT/HB) <br><br> **ORDER ON MOTION TO DISSOLVE TRO** |

William Z. Pentelovitch, John Thomas Duffey, and Wayne S. Moskowitz, **MASLON LLP**, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402 for plaintiffs.

Robert J. Gilbertson, **GREENE ESPEL PLLP**, 222 South Ninth Street, Suite 2200, Minneapolis, MN 55402; and Kenneth A. Kuwayti and Nicholas Ethan Ham, **MORRISON & FOERSTER LLP**, 775 Page Mill Road, Palo Alto, CA 94304 for Nevro Corp.

Plaintiffs Medtronic, Inc. and Medtronic USA, Inc. (collectively "Medtronic") brought this action in state court against Defendants Amanda Ernst and Nevro Corp. The state court judge granted Medtronic's motion for a temporary restraining order ("TRO") without a hearing on February 1, 2016. Nevro Corp. removed this action to federal court on February 2, 2016. Following a telephone conference on February 5, 2016, this Court ordered that the TRO would remain in effect until further order of the Court. On February 19, 2016, the Court held a hearing on Medtronic's motion to remand and motion for a TRO and Nevro's motion to immediately dissolve the TRO.

- 2 -

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Nevro's motion to dissolve the TRO [Docket No. 32] is **GRANTED**.  The TRO is dissolved pending further order of the Court.

DATED: February 22, 2016             _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                                         Chief Judge
                                                                         United States District Court